AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT -2 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>JIALONG HUANG<br><br>Defendant(s) | Case No.<br>1:24-mj- 114-BWR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 2, 2024__ in the county of __Jackson__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances |

This criminal complaint is based on these facts:
See Affidavit attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Scottie Byrd, Task Force Officer, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/02/2024

_____
Judge's signature

City and state: Gulfport, Mississippi

Bradley W. Rath, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION

**AFFIDAVIT**

I, Scottie Byrd, being first duly sworn, hereby depose and state as follows:

    1.    I am an Officer of the Gautier Police Department currently assigned as an Interdiction Officer with the FBI Street Crimes Taskforce in Pascagoula, Mississippi. My duties as an Interdiction Officer are to locate, intercept, and disrupt felonious criminal activity on Interstate 10 in Jackson County, Mississippi. I have been employed by Gautier Police Department for 5 months. I have over 100 hours of interdiction related training to include classroom setting and hands on. I have worked interdiction for three years and full-time interdiction for 7 months. I have made approximately 50 interdiction related seizures during this time.

    2.    This affidavit is submitted in support of a criminal complaint alleging JIALONG HUANG (hereinafter referred to as HUANG) has violated Title 21, United States Code, Section 841(a)(1), namely, the possession with intent to distribute controlled substances. This affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging HUANG with, attempt and conspiracy of the distribution of controlled substances, therefore, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause to believe the defendant committed the offense alleged in the complaint.

1

3.      This affidavit is based on my participation in this investigation, reports I have read related to this investigation, and conversations I have had with other law enforcement personnel who have knowledge of the events and circumstances described herein.

## SUMMARY OF PROBABLY CAUSE

4.      A traffic stop was conducted on a Greyhound bus on Interstate 10 at mile marker-55 westbound for an equipment violation. During the course of the stop, a K9 alert preceded the search of luggage under the bus. A locked suitcase was located, which no one on the bus initially claimed. The lock was forced open, and approximately 12 kilograms of fentanyl and 3 kilograms of cocaine was located in the suitcase. HUANG, a passenger on the bus, admitted to loading the suitcase in question on the bus.

## FACTS SUPPORTING PROBABLE CAUSE

5.      On October 2, 2024, at approximately 7:00 a.m., Taskforce Officer (TFO) Scottie Byrd, TFO Todd Holland, and Border Patrol Agent Joe Holman conducted a traffic stop on a Greyhound bus with Texas tag K027546 on Interstate 10 westbound near mile marker-55 for an equipment violation regarding the bus's license plate and following a vehicle too close." All TFO interactions were recorded via body worn cameras operated by TFO Byrd and TFO Holland.

6.      TFO Byrd made contact with the driver of the bus and explained the reason for the stop. TFO Byrd explained that he and his partners were looking for contraband on busses, and asked permission to speak with the passengers on the bus. The driver granted consent for TFOs to speak with the passengers.

7.      TFOs Byrd and Holland boarded the bus. TFO Byrd announced he was attached to a taskforce and would ask everyone a couple questions if they did not mind answering. TFO Byrd went to

2

the back of the bus to speak with passengers while TFO Holland began at the front. HUANG, at the front passenger side of the bus caught the attention of both TFOs Byrd and Holland due to signs of anxiety during conversation and his luggage not matching the reported itinerary of his trip.

8. HUANG stated he was travelling from New York to Houston to visit family for a week or two; however, he reported he only had his shoulder bag and a backpack which were with him on the seat.

9. TFOs then asked the driver permission to check the luggage under the bus. The driver granted permission. TFOs opened the cargo compartment of the bus and TFO Holland deployed his service K9 for a free air sniff under the bus. The K9 gave a positive alert to the presence of a trained odor. TFO Byrd located a black, hard-shell suitcase with a locking zipper. When TFO Byrd picked up the suitcase, it felt dense and heavy. TFO Byrd shook the suitcase, and the contents felt solid unlike clothing. TFO Byrd took said suitcase on the bus and asked if anyone owned the bag. No one claimed said suitcase, and HUANG would not look at it.

10. TFO Byrd forced the lock open on the suitcase, and discovered approximately 12 kilograms of a white crystalline substance that field tested positive for the presence of fentanyl and 3 kilograms of a white powdery substance that field tested positive for the presence of cocaine. TFO Byrd asked HUANG off the bus, showed him the suitcase, and asked if the suitcase was his. HUANG stated it was not. TFO Byrd asked all passengers on the bus if they knew who the suitcase belonged to. A couple passengers stated they believed that the suitcase belonged to HUANG due to the fact he was the last person to board the bus in Mobile, Alabama and the bag was not on the bus when they loaded their luggage.

11. TFOs Byrd and Holland read HUANG his Miranda Rights before questioning. HUANG stated the bag was not his. TFO Byrd told HUANG that there was video of him loading the suitcase onto the bus. HUANG stated, "Yeah, but it's not my bag.". TFO Byrd stated, "I understand the drugs are not

yours, but you did put the bag on the bus." HUANG stated, "Yeah." HUANG and the narcotics were transported to the FBI office in Pascagoula, Mississippi.

12. Based on the above, your Affiant believes there is probable cause to believe on or about October 02, 2024 HUANG was in violation of Title 21, United States Code, Section 841(a)(1), namely, the possession with intent to distribute controlled substances.

FURTHER AFFIANT SAYETH NOT.

_____
Scottie Byrd
Task Force Officer
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on October 2nd, 2024.

_____
Bradley W. Rath
United States Magistrate Judge